**Order entered March 14, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-21-00429-CV

## IN THE INTEREST OF D.A.C., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-08946**

## ORDER

This is an appeal from the trial court's final decree of divorce. Before the Court is the parties' agreed voluntary dismissal and settlement, with a copy of the parties' settlement agreement attached. The parties request we dismiss the appeal and enter a judgment effectuating their agreement.

We note the agreement contemplates the parties' (a) notifying the trial court of the agreement so the decree may be "updated" and (b) executing "any documents necessary to effectuate" the agreement. Accordingly, we construe the dismissal and settlement as a motion to abate pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(C), **GRANT** the motion, and **DIRECT** the trial court to

conduct proceedings so as to effectuate the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(C). A supplemental clerk's record containing a copy of the amended decree of divorce, or a status report, shall be filed **no later than April 13, 2022**.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Kim Cooks, Presiding Judge of the 255th Judicial District Clerk; Dallas County District Clerk Felicia Pitre; and, the parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. The appeal shall be reinstated no later than April 20, 2022, and, should the decree of divorce have been amended, the appeal will be dismissed in due course.

/s/     KEN MOLBERG
        JUSTICE